**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:21-cv-21988**

WILLIAM WARNER,
individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EDUCATION & ENTERTAINMENT, INC.
*doing business as* NIPSEY'S RESTAURANT,

    Defendant.
_____/

## JOINT NOTICE OF MEDIATION

    Plaintiff William Warner and Defendant Education & Entertainment, Inc. *doing business as* Nipsey's Restaurant (collectively, the "Parties") hereby advise this Court that the Parties have agreed upon the selection of Rodney A. Max, to mediate this matter. Mediation has been scheduled for **10:00 am** on **September 27, 2021,** *via* **Zoom and/or other Remote Means**.

DATED:    June 28, 2021

Respectfully Submitted,

| | |
|---|---|
| /s/ Jibrael S. Hindi | /s/ Kishasha Bruce Sharp |
| **JIBRAEL S. HINDI, ESQ.** | **KISHASHA BRUCE SHARP, ESQ.** |
| Florida Bar No.: 118259 | Florida Bar No.: 154539 |
| E-mail: jibrael@jibraellaw.com | E-mail: ksharp@kbsharppalaw.com |
| **THOMAS J. PATTI, ESQ.** | K.B. Sharp Law P.A. |
| Florida Bar No.: 118377 | 550 NE 124TH Street |
| E-mail: tom@jibraellaw.com | North Miami, Florida 33161 |
| The Law Offices of Jibrael S. Hindi | Tel: 954-380-8990 |
| 110 SE 6th Street, Suite 1744 | Fax: 305-398-9651 |
| Fort Lauderdale, Florida 33301 | |
| Phone: 954-907-1136 | |
| Fax:    855-529-9540 | |
| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENSE* |