UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21988-CV-ALTONAGA

**WILLIAM WARNER**,

 Plaintiff,
vs.

**EDUCATION & ENTERTAINMENT, INC.**,

 Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Motion to Modify the Scheduling Order [ECF No. 16] to Extend Discovery and Mediation Deadline [ECF No. 24]. The parties request a two-month extension to the discovery and mediation deadlines. (*See generally id.*). Upon review of the Motion, the record, and applicable law, the Motion is granted in part and denied in part.

District courts are required to "issue a scheduling order . . . [that] limit[s] the time to join other parties, amend the pleadings, complete discovery, and file motions." Fed. R. Civ. P. 16(b) (alterations added). Such orders "control the subsequent course of the action" unless modified by a later order and may be modified only "on a showing of good cause." *Id.* 16 advisory committee's note; *see id.* 16(b)(4). This good cause standard precludes modification unless the schedule cannot "be met despite the diligence of the party seeking the extension." *Id.*; *see also Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) ("If [a] party was not diligent, the [good cause] inquiry should end." (alterations added)).

The parties contend a two-month extension is warranted because two of Defendant's counsel's family members unexpectedly died in early September 2021. (*See* Mot. ¶ 5). As a result,

CASE NO. 21-21988-CV-ALTONAGA/Torres

Defendant's counsel "was unable to communicate her absence to counsel for Plaintiff until September 16, 2021." (*Id.* ¶ 6). While this certainly amounts to good cause for a modest extension, the parties have failed to establish they exerted due diligence such that a *two-month* extension is warranted. Indeed, according to the parties, Plaintiff did not propound discovery requests on Defendant or seek to conduct a deposition until July 14, 2021 — well over a month after the Court entered its Scheduling Order on June 7, 2021. (*See id.* ¶¶ 1, 3). Consequently, the Court will only grant a time extension to account for the lost time resulting from the deaths in Defendant's counsel's family.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 24]** is **GRANTED in part** and **DENIED in part**.

2. The deadline for the completion of discovery is extended from October 18, 2021, to November 1, 2021.

3. The deadline for the completion of mediation is extended from October 25, 2021, to November 8, 2021.

4. The Joint Notice of Mediator Selection and Hearing **[ECF No. 22]** is **STRICKEN**. The parties shall jointly file an amended joint notice of mediator selection and proposed order scheduling mediation on or before September 29, 2021.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of September, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record