UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-21988

WILLIAM WARNER,

    Plaintiff,

v.

EDUCATION & ENTERTAINMENT, INC.
d/b/a NIPSEY'S RESTAURANT,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff William Warner hereby notifies the Court that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of drafting a settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days of this notice.

Dated: September 28, 2021

    Respectfully submitted,

    **HIRALDO P.A.**

    */s/ Manuel S. Hiraldo*
    Manuel S. Hiraldo
    Florida Bar No. 030380
    401 E. Las Olas Boulevard
    Suite 1400
    Ft. Lauderdale, Florida 33301
    Email: mhiraldo@hiraldolaw.com
    Telephone: 954.400.4713