UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21988-CIV-ALTONAGA

**WILLIAM WARNER**,

    Plaintiff,
v.

**EDUCATION & ENTERTAINMENT, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On September 28, 2021, Plaintiff, William Warner, filed a Notice of Settlement [ECF No. 27]. The next day, the Court entered an Order Administratively Closing Case [ECF No. 28], requiring the parties to file a stipulation of dismissal within sixty (60) days of the Order. To date, no stipulation of dismissal has been filed, nor have the parties requested additional time to comply. Accordingly, it is

**ORDERED** that the case is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 30th day of November, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record